THE OHIO LEGAL BLANK CO., INC.

EXHIBIT
4

CLEVELAND, OHIO 44102-1799

# STAINLESS SALES CORPORATION

2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060   FAX (773) 247-9027
ISO/TS 16949 CERTIFIED

Since 1946

| | | | PURCHASE ORDER NO. | DATE |
|---|---|---|---|---|
| | | | 0031304 | 10/18/16 |

Original

| SUPPLIER | SHIP TO |
|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250<br>P.O. BOX 75664<br>CLEVELAND, OH | STAINLESS SALES CORP.<br>2301 WINDSOR CT.-UNIT B<br>ADDISON IL 60101 |

| SHIP VIA | F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|---|
| BEST WAY | MAIN EGV | 1/2% 10, NET 30 | ALEX NEWMAN | 10/21/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 20,000 | LB | 316L 2B ANN PI .1875 +/-.007 X 48.0 M.E. X COIL<br>20" OR 24" ID REQUIRED<br>15,000# MIN COIL WEIGHT - 20,000# MAX COIL WEIGHT<br>ASTM A240 /ASTM A480<br>PRICE INCLUDES SURCHARGE<br>MUST HAVE ORIGINAL TEST CERT<br>NO SURCHARGE | 1.2500<br>1.2365 |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $25,000.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document
TC 2000. Additional copies available
upon request.

PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY
FAX: (773) 247-9027
100% ON-TIME DELIVERY REQUIRED

**UNLOADING INSTRUCTIONS:**
VAN  - 
FLAT BED - Fork lift side unload - Coil eye to the side
- Rear tailgate fork lift unload only

By: _____
STAINLESS SALES CORPORATION

Form No. CC-000 Rev. 02/10                                    ORIGINAL

# Release Notification

## CUMBERLAND

DIVERSIFIED METALS CORP.
4925 POINTE PARKWAY
CLEVELAND, OH 44128

PHONE 216-595-9222   FAX 216-595-1566

ID Purchase Order:

DATE: 10/20/2016
CUSTOMER: STAINLESS SALES
ATTENTION: TRINA HENDERSON
FROM: MIKE

FAX: 773-247-9027
Phone: 773-247-9060

THE FOLLOWING MATERIAL HAS BEEN RELEASED FOR YOUR PICK-UP; REFERENCE PICK UP #: 

| Item Number | TAG # | PO No. | Size | Weight | Grade | Description |
|---|---|---|---|---|---|---|
| 27981-1 | 478174 | 27981-0930 | 7GA X 48 X CL | 19,605 | 316L 2B | Stainless Steel Coil |
|  |  |  |  |  |  | Cust PO 31304 |

Use pickup # 04042167-50975

PLEASE CONTACT: SHIPPING DEPT.
FOR FURTHER INSTRUCTIONS & PICKUP APPOINTMENT.

AT: MAIN STEEL
2200 E. PRATT BLVD.
ELK GROVE VILLAGE, IL 60007

PHONE: 847-916-1220
SHIPPING DEPT.

FAX: 847-981-0719

## PLEASE CALL AND MAKE PICK UP ARRANGEMENTS.
IF YOU NEED ANY FURTHER ASSISTANCE PLEASE CONTACT ME, MIKE MONTONEY

Must make both pick up & delivery arrangements!
Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule.



# CUMBERLAND
## DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE

**45340**

**DATE** 10/20/2016

**TERMS** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON IL 60101

**SHIP TO:** SAME
CPU@ MAIN STEEL
2200 E. PRATT BLVD.
ELK GROVE VILLAGE IL 60007

| Customer Ord. No. | Our Order # | Ship VIA | Coll./PPD./PPD&Add | F.O.B | Partial/Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31304 | 27981-0930 | CPU | ☒ Coll. | S.P. | ☒ Complete | DS / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 19,605 | 7GA X 48 X CL | 316L-2B | Stainless Steel Coil | $1.2300 | $24,114.15 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

**Invoice Total** $24,114.15

**TERMS**
1/2% 10 days, Net 30 days

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA# - 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# - 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED