

EXHIBIT 5

# STAINLESS SALES CORPORATION
2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060  FAX (773) 247-9027
ISO/TS 16949 CERTIFIED

| SUPPLIER | SHIP TO | PURCHASE ORDER NO. | Original |
|---|---|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250<br>P.O. BOX 75664<br>CLEVELAND, OH | STAINLESS SALES CORP.<br>2301 WINDSOR CT.-UNIT B<br>ADDISON IL 60101 | 0031301 | DATE 10/18/16 |

| SHIP VIA | F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|---|
| BEST WAY | CLEVELAND | 1/2% 10, NET 30 | ALEX NEWMAN | 10/21/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 36,000 | LB | 304 2B ANN Pl .135 +/-.006 X 36.0 M.E. X COIL (2 COILS)<br>20" OR 24" ID REQUIRED<br>ASTM A240 /ASTM A480<br>15,000# MIN COIL WEIGHT - 20,000# MAX COIL WEIGHT<br>PRICE INCLUDES SURCHARGE<br>MUST HAVE ORIGINAL TEST CERT<br>NO SURCHARGE | 1.0000 |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $36,000.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**UNLOADING INSTRUCTIONS:**
VAN  " - Rear tailgate forklift unload only
FLAT BED - Fork lift side unload - Coil eye to the side

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document TC 2000. Additional copies available upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

By: _____
STAINLESS SALES CORPORATION

Form No. CC-008 Rev. 09/10

ORIGINAL

# Release Notification

## CUMBERLAND
DIVERSIFIED METALS CORP.
4925 POINTE PARKWAY
CLEVELAND, OH 44128

PHONE 216-595-9222   FAX 216-595-1566

ID Purchase Order:

DATE: 10/20/2016
CUSTOMER: STAINLESS SALES
ATTENTION: TRINA HENDERSON
FROM: MIKE

FAX: 773-247-9027
Phone: 773-247-9060

THE FOLLOWING MATERIAL HAS BEEN RELEASED FOR YOUR PICK-UP; REFERENCE PICK UP #: _____

| Item Number | TAG # | PO No. | Size | Weight | Grade | Description |
|---|---|---|---|---|---|---|
| 28035-1 | 730563 | 28035-1018 | .135 X 36 X CL | 19,665 | 304-2B | Stainless Steel Coil |
| 28035-2 | 745624 | 28035-1018 | .135 X 36 X CL | 16,300 | 304-2B | Stainless Steel Coil |
| | | | | cust po 31301 | | |

PLEASE CONTACT: Customer Service
FOR FURTHER INSTRUCTIONS & PICKUP APPOINTMENT.

AT: SPECIALTY METALS PROCESSING
837 SEASONS ROAD
STOW, OH 44224

PHONE: 330-656-2767
Or For Directions Call Ext. 601

FAX: 330-656-5767

## PLEASE CALL AND MAKE PICK UP ARRANGEMENTS.
*IF YOU NEED ANY FURTHER ASSISTANCE PLEASE CONTACT ME, MIKE MONTONEY*

Must make both pick up & delivery arrangements!
Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule.



# INVOICE

**CUMBERLAND DIVERSIFIED METALS**
4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

**Invoice #:** 45347
**DATE:** 10/24/2016
**TERMS:** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON  IL  60101

**SHIP TO:** SAME
CPU@ SPECIALTY METALS PROCESSING
837 SEASONS ROAD
STOW  OH  44224

| Customer Ord. No. | Our Order # | Ship VIA | Coll./PPD./PPD&Add | F.O.B | Partial/Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31301 | 28035-1018 | CPU | ☒ Coll. | S.P. | ☒ Complete | AD / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 19,665 | 10GA X 36 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $19,665.00 |
| 2 | | 16,300 | 10GA X 36 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $16,300.00 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

**TERMS:** 1/2% 10 days, Net 30 days

**Invoice Total** $35,965.00

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA# - 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# - 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED