THE OHIO LEGAL BLANK CO., INC.
EXHIBIT
1
CLEVELAND, OHIO 44102-1799

# STAINLESS SALES CORPORATION

3301 S. Justine Street, Chicago, Illinois 60608
(773) 247-9060  FAX (773) 247-9027

**ISO/TS 16949 CERTIFIED**

Since 1946

| SUPPLIER | SHIP TO | PURCHASE ORDER NO. | Original |
|---|---|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250<br>P.O. BOX 75664<br>CLEVELAND, OH | STAINLESS SALES CORP.<br>3301 S. JUSTINE ST.<br>CHICAGO IL 60608 | 0031252 | DATE 09/19/16 |

| F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|
| DELIVERED | 1/2% 10, NET 30 | PAM CLARK | 09/22/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 10,000 | LB | 316L 2B ANN PL .156+/-.006 X 48.0 S.E. X COIL<br>20" OR 24" ID REQUIRED<br>ASTM A240 /ASTM A480 / DFARS COMPLIANT<br>SURCHARGE INCLUDED IN PRICE<br>NO SURCHARGE | 1.7900 |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $17,900.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**UNLOADING INSTRUCTIONS:**
FLAT BED - Fork lift side unload - Coil eye to the side
VAN - Rear tailgate fork lift unload only

**SHIP VIA:** BEST WAY

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document
TC 2000. Additional copies available
upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

By: _____
STAINLESS SALES CORPORATION
ORIGINAL

Form No. CC-000 Rev. 09/10

# CUMBERLAND
## DIVERSIFIED METALS

4925 Pointe Parkway, Cleveland, OH 44128  Phone: 216-595-9222  Fax: 216-595-1566

| | |
|---|---|
| **DATE:** 9/29/2016 | **TO:** B&J Trucking |
| **ATTN:** Paul Feckner | **FAX:** 630-800-1857 |
| **FROM:** Mike Montoney | **PHONE:** 630-800-1824, Cell: 630-842-9901 |

**PICK UP AT:** S & S INTERNATIONAL aka SPECIALTY ROLLED METALS  630-510-9200
457 ST PAUL BLVD.
P.O. BOX 128
CAROL STREAM, IL 60188
**OUR PO#:** 03175459-74548

Call and Make Pickup Arrangements
Loading Hrs. are from: 24 hours Mon - Fri

Pick Up Date 9/29/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | 542121 | 11,055 | 8GA X 48 X CL | Stainless Steel Coil |

**DELIVER TO:** STAINLESS SALES CORP.
3301 SOUTH JUSTINE ST.
CHICAGO, IL 60608
**DELIVERY PO#:** 0031252

773-247-9060

Call & Make Delivery Arrangements
Receiving Hrs. are from: 7am - 3pm

27926-0920

Drop Off Date 9/29/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | 542121 | 11,055 | 8GA X 48 X CL | Stainless Steel Coil |
| | Deliv. Wt. | 11,055 | | |

**Notes: Use Flat Bed & Tarp**

Blind Shipment. Bill of Lading and Packing List Must Show Cumberland as Shipper (Copies Attached).
"Must Be Kept 100% Dry" Also to Be Noted on Bill of Lading.

**Freight:** ☐ Collect  ☒ Pre-Paid    **Bill:** Cumberland Metals
CWT    Min +    $198.00 INCL    Total Lot Charge

Please Use Attached Bill of Lading and Packing List for Delivery. Lot Charge Includes Any Fuel Surcharges.
Must make both pick up & delivery arrangements!    Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule. Cumberland Diversified Metals has entered into an agreement with the above carrier for the movement shown herein. Cumberland has informed the carrier of our requirements both verbally, as well as, within the paperwork sent to dispatch. Should a service failure occur a $50 fine may be enforced.

21364



# CUMBERLAND
## DIVERSIFIED METALS

4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE

**45257**

**DATE** 10/3/2016

**TERMS** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON IL 60101

**SHIP TO:** STAINLESS SALES CORP
3301 S. JUSTINE ST
CHICAGO IL 60608

| Customer Ord. No. | Our Order # | Ship VIA | Coll./PPD./PPD&Add | F.O.B | Partial/Complete | Salesperson |
|---|---|---|---|---|---|---|
| 0031252 | 27926-0920 | B&J TRUCKING | ☒ PPD. | Del. | ☒ Complete | MG / PC |

| Item | Pcs. | Weight | Item Description | Price/LB | Amount |
|---|---|---|---|---|---|
| 1 | 1 COIL | 11,055 | 8GA X 48 X CL   316L-2B   Stainless Steel Coil | $1.7900 | $19,788.45 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

**Invoice Total** $19,788.45

**TERMS** 1/2% 10 days, Net 30 days

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA#: 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT#: 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.

GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED