

# STAINLESS SALES CORPORATION

Since 1946

2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060   FAX (773) 247-9027

**ISO/TS 16949 CERTIFIED**

| | | |
|---|---|---|
| **SUPPLIER** | | **SHIP TO** |
| CUMBERLAND DIVERSIFIED METALS  325250 | | STAINLESS SALES CORP. |
| P.O. BOX 75664 | | 2301 WINDSOR CT.-UNIT B |
| CLEVELAND, OH | | ADDISON IL 60101 |

| PURCHASE ORDER NO. | DATE |
|---|---|
| 0031303 | 10/18/16 |

| F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|
| HARMONY | 1/2% 10, NET 30 | ALEX NEWMAN | 10/21/16 |

| SHIP VIA |
|---|
| BEST WAY |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 80,000 | LB | 304/304L 2B ANN PL .135 +/-.006 X 48.0 M.E. X COIL (6 COIL 20" OR 24" ID REQUIRED  ASTM A240 /ASTM A480  13,000# MIN COIL WEIGHT - 20,000# MAX COIL WEIGHT  PRICE INCLUDES SURCHARGE  MUST HAVE ORIGINAL TEST CERT  NO SURCHARGE | 0.9900 |

Our new address as of 9/21/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total   $79,200.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document TC 2000. Additional copies available upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

STAINLESS SALES CORPORATION

By: _____

FLAT BED - Fork lift side unload - Coil eye to the side
VAN - Rear tailgate forklift unload only

Form No. CC-005 Rev. 00/10

ORIGINAL

THE OHIO LEGAL BLANK CO., INC.

EXHIBIT
2

CLEVELAND, OHIO 44102-1799

# Release Notification

## CUMBERLAND
DIVERSIFIED METALS CORP.
4925 POINTE PARKWAY
CLEVELAND, OH 44128

PHONE 216-595-9222    FAX 216-595-1566

ID Purchase Order:

DATE: 10/20/2016
CUSTOMER: STAINLESS SALES
ATTENTION: Polly Whitehouse
FROM: MIKE

FAX: 773-247-9027
Phone: 773-247-9060

THE FOLLOWING MATERIAL HAS BEEN RELEASED FOR YOUR PICK-UP; REFERENCE PICK UP #: ____

| Item Number | TAG # | PO No. | Size | Weight | Grade | Description |
|---|---|---|---|---|---|---|
| 27982-2 | 777791 | 27982-0930 | 18GA X 48 X CL | 23,440 | 316L 2B | Stainless Steel Coil |
| 27978-1 | 778007 | 27978-0930 | 10GA X 48 X CL | 8,990 | 304L 2B | Stainless Steel Coil |
| 27978-2 | 778006 | 27978-0930 | 10GA X 48 X CL | 8,620 | 304L 2B | Stainless Steel Coil |
| 27978-3 | 778005 | 27978-0930 | 10GA X 48 X CL | 9,570 | 304L 2B | Stainless Steel Coil |

Cust PO 31303/31306

*Use pickup # 10167375-82694*

PLEASE CONTACT: SHIPPING DEPT.
FOR FURTHER INSTRUCTIONS & PICKUP APPOINTMENT.

PHONE: 724-453-3000
SHIPPING DEPT.

AT: MAIN STEEL CO. - PA
6 WHITNEY DRIVE
P.O. BOX 277
HARMONY, PA 16037
FAX: 724-453-3100

## PLEASE CALL AND MAKE PICK UP ARRANGEMENTS.
IF YOU NEED ANY FURTHER ASSISTANCE PLEASE CONTACT ME, MIKE MONTONEY

Must make both pick up & delivery arrangements!
Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule.



# CUMBERLAND
## DIVERSIFIED METALS

4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE

**45338**

DATE: 10/20/2016

TERMS: 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON   IL   60101

**SHIP TO:** SAME
CPU@ MAIN STEEL CO.
6 WHITNEY DRIVE
HARMONY   PA   16037

| Customer Ord. No. | Our Order # | Ship VIA | ☒ Coll. ☐ PPD. ☐ PPD&Add | F.O.B | ☐ Partial ☒ Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31303 | 27978-0930 | CPU | | S.P. | | DS / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 8,990 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $8,900.10 |
| 2 | | 8,620 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $8,533.80 |
| 3 | | 9,570 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $9,474.30 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

**TERMS**
1/2% 10 days, Net 30 days

**Invoice Total** $26,908.20

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK CLEVELAND, OH
ABA# 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED