THE OHIO LEGAL BLANK CO., INC.

**EXHIBIT 7**

# STAINLESS SALES CORPORATION

2301 Windsor Court, Unit B  Addison, IL 60101
(773) 247-9060    FAX (773) 247-9027
**ISO/TS 16949 CERTIFIED**

Since 1946

| | |
|---|---|
| **PURCHASE ORDER NO.** | 0031303 |
| **DATE** | 10/18/16 |

Original

| SUPPLIER | SHIP TO |
|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250<br>P.O. BOX 75664<br>CLEVELAND, OH | STAINLESS SALES CORP.<br>2301 WINDSOR CT.-UNIT B<br>ADDISON IL 60101 |

| F.O.B. | TERMS | ORDER TO |
|---|---|---|
| HARMONY | 1/2% 10, NET 30 | ALEX NEWMAN |

| SHIP VIA |
|---|
| BEST WAY |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | DELIVERY REQUIRED | UNIT PRICE |
|---|---|---|---|---|---|
| 010 | 80,000 | LB | 304/304L 2B ANN PL .135 +/-.006 X 48.0 M.E. X COIL (6 COIL 20" OR 24" ID REQUIRED<br>ASTM A240 /ASTM A480<br>13,000# MIN COIL WEIGHT - 20,000# MAX COIL WEIGHT<br>PRICE INCLUDES SURCHARGE<br>MUST HAVE ORIGINAL TEST CERT<br>NO SURCHARGE | 10/21/16 | 0.9900 |

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**UNLOADING INSTRUCTIONS:**
FLAT BED - Fork lift side unload - Coil eye to the side
VAN  " - Rear tailgate forklift unload only

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document TC 2000. Additional copies available upon request.

Total   $79,200.00

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

By: _____
STAINLESS SALES CORPORATION

Form No. CC-006 Rev. 09/10                ORIGINAL



# CUMBERLAND
## DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128  Phone: 216-595-9222  Fax: 216-595-1566

| | |
|---|---|
| **DATE:** 10/26/2016 | **TO:** George Brincks Transportation |
| **ATTN:** Cindy Bauer | **FAX:** 712-669-3433 |
| **FROM:** Mike Montoney | **PHONE:** 800-397-0024 |

**PICK UP AT:** KLOECKNER METALS
11501 READING ROAD
CINCINNATI, OH 45241
**OUR PO#:** 14244234

513-769-4000

**Call and Make Pickup Arrangements**
Loading Hrs. are from:

*Use pickup #14244234*
*call for appt*

**Pick Up Date** 10/26/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 18,492 | 10GA X 48 X CL | Stainless Steel Coil |
| 1 coil | | 18,186 | 10GA X 48 X CL | Stainless Steel Coil |

**DELIVER TO:** STAINLESS SALES CORP.
2301 Windsor Court Unit B
Addison, IL 60101
**DELIVERY PO#:** 31303

773-247-9060

**Call & Make Delivery Arrangements**
Receiving Hrs. are from:

*call for appt*

28033-1018

**Drop Off Date** 10/27/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 18,492 | 10GA X 48 X CL | Stainless Steel Coil |
| 1 coil | | 18,186 | 10GA X 48 X CL | Stainless Steel Coil |
| | Deliv. Wt. | 36,678 | | |

**Notes: Use Flat Bed & Tarp**

Blind Shipment. Bill of Lading and Packing List Must Show Cumberland as Shipper (Copies Attached).
"Must Be Kept 100% Dry" Also to Be Noted on Bill of Lading.

**Freight:** ☐ Collect  ☒ Pre-Paid  **Bill:** Cumberland Metals

CWT   Min +   $600.00 INCL   Total Lot Charge

Please Use Attached Bill of Lading and Packing List for Delivery. Lot Charge Includes Any Fuel Surcharges.
Must make both pick up & delivery arrangements!   Call ahead for appointments & loading times!

Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule. Cumberland Diversified Metals has entered into an agreement with the above carrier for the movement shown herein. Cumberland has informed the carrier of our requirements both verbally, as well as, within the paperwork sent to dispatch. Should a service failure occur a $50 fine may be enforced.

21445



# CUMBERLAND
## DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128 Phone: 216-595-9222 Fax: 216-595-1566

| | |
|---|---|
| **DATE:** 10/27/2016 | **TO:** PLS Logistics Services |
| **ATTN:** Sam | **FAX:** 724-814-5043 |
| **FROM:** Mike Montoney | **PHONE:** 623-277-4527/623-277-4520 |

**PICK UP AT:** Kloeckner
11501 READING ROAD
CINCINNATI, OH 45241
**OUR PO#:** 14244234

513-769-4000

**Call and Make Pickup Arrangements**
Loading Hrs. are from:

*use pickup #14244234*

**Pick Up Date** 10/27/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 17,635 | .135 X 48 X CL | Stainless Steel Coil |

**DELIVER TO:** Stainless Sales
2301 Windsor Court Unit B
Addison, IL 60101
**DELIVERY PO#:** 31303

773-247-9060

**Call & Make Delivery Arrangements**
Receiving Hrs. are from:

*Call for delivery appt*

28033-1018

**Drop Off Date** 10/28/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 17,635 | .135 X 48 X CL | Stainless Steel Coil |
| | Deliv. Wt. | 17,635 | | |

**Notes: Use Flat Bed & Tarp**

Blind Shipment. Bill of Lading and Packing List Must Show Cumberland as Shipper (Copies Attached).
"Must Be Kept 100% Dry" Also to Be Noted on Bill of Lading.

**Freight:** ☐ Collect   ☒ Pre-Paid   **Bill:** Cumberland Metals

CWT   Min +   $450.00 INCL   Total Lot Charge

Please Use Attached Bill of Lading and Packing List for Delivery. Lot Charge Includes Any Fuel Surcharges.
Must make both pick up & delivery arrangements!   Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule. Cumberland Diversified Metals has entered into an agreement with the above carrier for the movement shown herein. Cumberland has informed the carrier of our requirements both verbally, as well as, within the paperwork sent to dispatch. Should a service failure occur a $50 fine may be enforced.

21446



# CUMBERLAND
## DIVERSIFIED METALS

4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE

**45376**

**DATE** 11/1/2016

**TERMS** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON IL 60101

**SHIP TO:** SAME

| Customer Ord. No. | Our Order # | Ship VIA | Coll. / PPD. / ☒ PPD&Add | F.O.B. | Partial / ☒ Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31303 | 28033-1018 | SEE BELOW | | Del. | | AD / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 COIL | 18,492 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $18,307.08 |
| 2 | 1 COIL | 17,635 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $17,458.65 |
| 3 | 1 COIL | 18,186 | 10GA X 48 X CL | 304L-2B | Stainless Steel Coil | $0.9900 | $18,004.14 |

Item 1&3 shipped via George Brincks

Item 2 shipped via PLS

**Invoice Note:** PRICE INCLUDES SURCHARGE

Freight prepaid & added   $1,050.00

**Invoice Total   $54,819.87**

**TERMS**
1/2% 10 days, Net 30 days

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA# - 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# - 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED