

# STAINLESS SALES CORPORATION
2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060   FAX (773) 247-9027
ISO/TS 16949 CERTIFIED

Since 1946

| | | | PURCHASE ORDER NO. | DATE |
|---|---|---|---|---|
| | | | 0031306 | 10/18/16 |

Original

| SUPPLIER | SHIP TO |
|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250<br>P.O. BOX 75664<br>CLEVELAND, OH | STAINLESS SALES CORP.<br>2301 WINDSOR CT.-UNIT B<br>ADDISON IL 60101 |

| F.O.B. | TERMS | ORDER TO |
|---|---|---|
| HARMONY | 1/2% 10, NET 30 | ALEX NEWMAN |

| SHIP VIA | | | | DELIVERY REQUIRED |
|---|---|---|---|---|
| BEST WAY | | | | 10/21/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 23,500 | LB | 316L 2B ANN PL .048 +/-.003 X 48.0 M.E. X COIL<br>20" OR 24" ID REQUIRED<br>15,000# MIN COIL WEIGHT - 24,000# MAX COIL WEIGHT<br>ASTM A240 /ASTM A480<br>PRICE INCLUDES SURCHARGE<br>MUST HAVE ORIGINAL TEST CERT<br>NO SURCHARGE | 1.2300 |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $28,905.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT
UNLOADING INSTRUCTIONS:
FLAT BED - Fork lift side unload - Coil eye to the side
VAN    "   - Rear tailgate fork lift unload only

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document
TC 2000. Additional copies available
upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY**
**FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

By: _____
STAINLESS SALES CORPORATION

Form No. CC-000 Rev. 08/10                ORIGINAL

---

EXHIBIT 3
THE OHIO LEGAL BLANK CO., INC.
CLEVELAND, OHIO  44102-1799

# Release Notification

**CUMBERLAND**
DIVERSIFIED METALS CORP.
4925 POINTE PARKWAY
CLEVELAND, OH 44128
PHONE 216-595-9222    FAX 216-595-1566

ID Purchase Order:

DATE: 10/20/2016
CUSTOMER: STAINLESS SALES
ATTENTION: Polly Whitehouse
FROM: MIKE

FAX: 773-247-9027
Phone: 773-247-9060

THE FOLLOWING MATERIAL HAS BEEN RELEASED FOR YOUR PICK-UP; REFERENCE PICK UP #: _____

| Item Number | TAG # | PO No. | Size | Weight | Grade | Description |
|---|---|---|---|---|---|---|
| 27982-2 | 777791 | 27982-0930 | 18GA X 48 X CL | 23,440 | 316L 2B | Stainless Steel Coil |
| 27978-1 | 778007 | 27978-0930 | 10GA X 48 X CL | 8,990 | 304L 2B | Stainless Steel Coil |
| 27978-2 | 778006 | 27978-0930 | 10GA X 48 X CL | 8,620 | 304L 2B | Stainless Steel Coil |
| 27978-3 | 778005 | 27978-0930 | 10GA X 48 X CL | 9,570 | 304L 2B | Stainless Steel Coil |

Cust PO 31303/31306

PLEASE CONTACT: SHIPPING DEPT.
FOR FURTHER INSTRUCTIONS & PICKUP APPOINTMENT.

AT: MAIN STEEL CO. - PA
6 WHITNEY DRIVE
P.O. BOX 277
HARMONY, PA 16037

PHONE: 724-453-3000
SHIPPING DEPT.

FAX: 724-453-3100

## PLEASE CALL AND MAKE PICK UP ARRANGEMENTS.
*IF YOU NEED ANY FURTHER ASSISTANCE PLEASE CONTACT ME, MIKE MONTONEY*

Must make both pick up & delivery arrangements!
Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule.



# CUMBERLAND
## DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE
**45339**

**DATE** 10/20/2016

**TERMS** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON    IL    60101

**SHIP TO:** SAME
CPU@ MAIN STEEL CO.
6 WHITNEY DRIVE
HARMONY    PA    16037

| Customer Ord. No. | Our Order # | Ship VIA | | F.O.B | | Salesperson |
|---|---|---|---|---|---|---|
| 31306 | 27982-0930 | CPU | ☒ Coll. ☐ PPD. ☐ PPD&Add | S.P. | ☐ Partial ☒ Complete | DS / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 23,440 | 18GA X 48 X CL | 316L-2B | Stainless Steel Coil | $1.2300 | $28,831.20 |

Invoice Note: PRICE INCLUDES SURCHARGE

**Invoice Total** $28,831.20

**TERMS** 1/2% 10 days, Net 30 days

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA# 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED