THE OHIO LEGAL BLANK CO., INC.
**EXHIBIT**
5
CLEVELAND, OHIO 44102-1799

# STAINLESS SALES CORPORATION
2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060  FAX (773) 247-9027
**ISO/TS 16949 CERTIFIED**



| | | Original |
|---|---|---|
| | PURCHASE ORDER NO. | DATE |
| | 0031301 | 10/18/16 |

| SUPPLIER | SHIP TO |
|---|---|
| CUMBERLAND DIVERSIFIED METALS  325250 | STAINLESS SALES CORP. |
| P.O. BOX 75664 | 2301 WINDSOR CT.-UNIT B |
| CLEVELAND, OH | ADDISON IL 60101 |

| SHIP VIA | F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|---|
| BEST WAY | CLEVELAND | 1/2% 10, NET 30 | ALEX NEWMAN | 10/21/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 36,000 | LB | 304 2B ANN PI .135 +/-.006 X 36.0 M.E. X COIL. (2 COILS) | 1.0000 |
| | | | 20" OR 24" ID REQUIRED | |
| | | | ASTM A240/ASTM A480 | |
| | | | 15,000# MIN COIL WEIGHT - 20,000# MAX COIL WEIGHT | |
| | | | PRICE INCLUDES SURCHARGE | |
| | | | MUST HAVE ORIGINAL TEST CERT | |
| | | | NO SURCHARGE | |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $36,000.00

**CERTIFICATION REQUIREMENTS:**
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

**TERMS AND CONDITIONS:**
Refer to Stainless Sales document TC 2000. Additional copies available upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

**UNLOADING INSTRUCTIONS:**
VAN  - Flat bed - Fork lift side unload - Coil eye to the side
FLAT BED - Fork lift side unload - Coil eye to the side
    " - Rear tailgate forklift unload only

By: _____
STAINLESS SALES CORPORATION

Form No. CC-008 Rev. 09/10

ORIGINAL

# Release Notification

**CUMBERLAND**

DIVERSIFIED METALS CORP.
4925 POINTE PARKWAY
CLEVELAND, OH 44128

PHONE 216-595-9222     FAX 216-595-1566

ID Purchase Order:

DATE: 10/20/2016     FAX: 773-247-9027
CUSTOMER: STAINLESS SALES     Phone: 773-247-9060
ATTENTION: TRINA HENDERSON
FROM: MIKE

THE FOLLOWING MATERIAL HAS BEEN RELEASED FOR YOUR PICK-UP; REFERENCE PICK UP #: ................

| Item Number | TAG # | PO No. | Size | Weight | Grade | Description |
|---|---|---|---|---|---|---|
| 28035-1 | 730563 | 28035-1018 | .135 X 36 X CL | 19,665 | 304-2B | Stainless Steel Coil |
| 28035-2 | 745624 | 28035-1018 | .135 X 36 X CL | 16,300 | 304-2B | Stainless Steel Coil |
| | | | | | | cust po 31301 |

**PLEASE CONTACT:** Customer Service
**FOR FURTHER INSTRUCTIONS & PICKUP APPOINTMENT.**

**AT:** SPECIALTY METALS PROCESSING
837 SEASONS ROAD
STOW, OH 44224

PHONE: 330-656-2767     FAX: 330-656-5767
Or For Directions Call Ext. 601

## PLEASE CALL AND MAKE PICK UP ARRANGEMENTS.
*IF YOU NEED ANY FURTHER ASSISTANCE PLEASE CONTACT ME, MIKE MONTONEY*

Must make both pick up & delivery arrangements!
Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck
line to make appointment / confirm loading or unloading schedule.



# INVOICE

**CUMBERLAND DIVERSIFIED METALS**
4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

**Invoice #:** 45347
**DATE:** 10/24/2016
**TERMS:** 1/2% 10 days, Net 30 days

**SOLD TO:** STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON IL 60101

**SHIP TO:** SAME
CPU@ SPECIALTY METALS PROCESSING
837 SEASONS ROAD
STOW OH 44224

| Customer Ord. No | Our Order # | Ship VIA | Coll./PPD./PPD&Add | F.O.B | Partial/Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31301 | 28035-1018 | CPU | ☒ Coll. | S.P. | ☒ Complete | AD / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 19,665 | 10GA X 36 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $19,665.00 |
| 2 | | 16,300 | 10GA X 36 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $16,300.00 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

**TERMS** 1/2% 10 days, Net 30 days

**Invoice Total** $35,965.00

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK, CLEVELAND, OH
ABA# - 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# - 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED