

# STAINLESS SALES CORPORATION
2301 Windsor Court, Unit B Addison, IL 60101
(773) 247-9060   FAX (773) 247-9027
**ISO/TS 16949 CERTIFIED**

| SUPPLIER | CUMBERLAND DIVERSIFIED METALS   325250 | SHIP TO | STAINLESS SALES CORP. |
|---|---|---|---|
| | P.O. BOX 75664 | | 2301 WINDSOR CT.-UNIT B |
| | CLEVELAND, OH | | ADDISON IL 60101 |

| PURCHASE ORDER NO. | DATE |
|---|---|
| 0031302 | 10/18/16 |

Original

| F.O.B. | TERMS | ORDER TO | DELIVERY REQUIRED |
|---|---|---|---|
| TULSA, OK | 1/2% 10, NET 30 | ALEX NEWMAN | 10/21/16 |

| ITEM NO. | QUANTITY | U/M | DESCRIPTION | UNIT PRICE |
|---|---|---|---|---|
| 010 | 25,000 | LB | 304 2B ANN PL .105 +/-.005 X 39.37 M.E. X COIL (2 COILS) | 1.0000 |
| | | | 20" OR 24" ID REQUIRED | |
| | | | ASTM A240 /ASTM A480 | |
| | | | PRICE INCLUDES SURCHARGE | |
| | | | MUST HAVE ORIGINAL TEST CERT | |
| | | | NO SURCHARGE | |

Our new address as of 9/2/16:
2301 Windsor Court, Unit B
Addison, IL 60101

Total  $25,000.00

SHIP VIA: BEST WAY

CERTIFICATION REQUIREMENTS:
PRIME - CHEMICAL AND PHYSICAL PROPERTIES REQUIRED
CERTIFICATION REQUIRED WITH SHIPMENT

FLAT BED - Fork lift side unload - Coil eye to the side
VAN      - Rear tailgate fork lift unload only

TERMS AND CONDITIONS:
Refer to Stainless Sales document
TC 2000. Additional copies available
upon request.

**PLEASE ACKNOWLEDGE RECEIPT OF P.O. BY FAX: (773) 247-9027**
**100% ON-TIME DELIVERY REQUIRED**

By: _____
STAINLESS SALES CORPORATION

Form No. CC-000 Rev. 09/10                    ORIGINAL

THE OHIO LEGAL BLANK CO., INC.
EXHIBIT 6
CLEVELAND, OHIO 44102-1799

# CUMBERLAND
## DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128  Phone: 216-595-9222  Fax: 216-595-1566

| | |
|---|---|
| **DATE:** 10/26/2016 | **TO:** Freight Management Group |
| **ATTN:** Shawn Moonan | **FAX:** 315-314-6347 |
| **FROM:** Mike Montoney | **PHONE:** 315-487-5816 |

**PICK UP AT:** KLOECKNER METALS
3123 E. APACHE
TULSA, OK 74110
**OUR PO#:** 14244289

918-836-1936

**Call and Make Pickup Arrangements**
Loading Hrs. are from: 7-5

*use pick up #14244289*
*call for appt*

**Pick Up Date** 10/24/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 15,097 | 12GA X 39.37 X CL | Stainless Steel Coil |
| 1 coil | | 9,875 | 12GA X 39.37 X CL | Stainless Steel Coil |

**DELIVER TO:** Stainless Sales
2301 Windsor Court Unit B
Addison, IL 60101
**DELIVERY PO#:** 31302

773-247-9060

**Call & Make Delivery Arrangements**
Receiving Hrs. are from:

*Must call for appt*

28032-1018

**Drop Off Date** 10/25/2016

| Qty. | Tag# | Weight | Size | Description |
|---|---|---|---|---|
| 1 coil | | 15,097 | 12GA X 39.37 X CL | Stainless Steel Coil |
| 1 coil | | 9,875 | 12GA X 39.37 X CL | Stainless Steel Coil |
| | Deliv. Wt. | 24,972 | | |

**Notes: Use Flat Bed & Tarp**

Blind Shipment. Bill of Lading and Packing List Must Show Cumberland as Shipper (Copies Attached).
"Must Be Kept 100% Dry" Also to Be Noted on Bill of Lading.

**Freight:** ☐ Collect  ☒ Pre-Paid  **Bill: Cumberland Metals**

CWT  Min +  $850.00 INCL  Total Lot Charge

Please Use Attached Bill of Lading and Packing List for Delivery. Lot Charge Includes Any Fuel Surcharges.
Must make both pick up & delivery arrangements!  Call ahead for appointments & loading times!
Cumberland will not be responsible for any costs for failure by trucker / truck line to make appointment / confirm loading or unloading schedule. Cumberland Diversified Metals has entered into an agreement with the above carrier for the movement shown herein. Cumberland has informed the carrier of our requirements both verbally, as well as, within the paperwork sent to dispatch. Should a service failure occur a $50 fine may be enforced.

21440



# CUMBERLAND
### DIVERSIFIED METALS
4925 Pointe Parkway, Cleveland, OH 44128 • Phone: 216-595-9222 • Fax: 216-595-1566

# INVOICE

**45349**

**DATE** 10/24/2016

**TERMS** 1/2% 10 days, Net 30 days

SOLD TO: STAINLESS SALES CORP.
2301 WINDSOR COURT, UNIT B
ADDISON IL 60101

SHIP TO: SAME

| Customer Ord. No. | Our Order # | Ship VIA | ☐ Coll. ☐ PPD. ☒ PPD&Add | F.O.B | ☐ Partial ☒ Complete | Salesperson |
|---|---|---|---|---|---|---|
| 31302 | 28032-1018 | FREIGHT MANAGEMENT | | Del. | | AD / PC |

| Item | Pcs. | Weight | Item Description | | | Price/LB | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 1 COIL | 15,097 | 12GA X 39.37 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $15,097.00 |
| 2 | 1 COIL | 9,875 | 12GA X 39.37 X CL | 304-2B | Stainless Steel Coil | $1.0000 | $9,875.00 |

**Invoice Note:** PRICE INCLUDES SURCHARGE

Freight prepaid & added $850.00

Invoice Total **$25,822.00**

**TERMS**
1/2% 10 days, Net 30 days

---

**PLEASE REMIT TO:**
CUMBERLAND DIVERSIFIED METALS
P.O. BOX 75664
CLEVELAND, OH 44101-4755

**WIRE INSTRUCTIONS:**
FIRSTMERIT BANK CLEVELAND, OH
ABA# 041200555
CUMBERLAND DIVERSIFIED METALS
ACCT# 5337045152

AMOUNTS PAST DUE ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH
THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.
GOODS COVERED BY THIS INVOICE WERE PRODUCED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED